JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

KATHRYN R. HAUN (DCBN 484131)
    Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6740
    E-Mail: Kathryn.Haun@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTONIO DIEGO NAVARRO-CHAVEZ, ) <br>     a/k/a Mariano Romero Fox ) <br>     a/k/a Valente Campuzano ) <br>     a/k/a Ismael Navarro-Chavez ) <br>     a/k/a Antonio Chavez Navarro ) <br>     a/k/a Diego Chavez ) <br>     a/k/a Antonio Navarro ) <br>     a/k/a Navarro-Chavez ) <br>     a/k/a Hannigan Chavez ) <br>     a/k/a Ismael Diego Chavez , ) <br> ) <br>     Defendant. ) <br> _____) | Criminal No.:  CR 09-0937 VRW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 5, 2009, TO DECEMBER 17, 2009 |

    The parties appeared before the Honorable Vaughn R. Walker on November 5, 2009 and November 12, 2009.  On the motion of defendant, the Court found and held as follows:

    1.  An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 5, 2009, to November 12, 2009, in light of the need for continuity of counsel and effective preparation of the case by defendant's counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0937 VRW

1  into account the exercise of due diligence and the need for counsel to conduct further
2  investigation. Failure to grant the requested continuance would also deny the defendant
3  continuity of counsel.

4      2. Given these circumstances, the Court found that the ends of justice served by
5  excluding the period from November 5, 2009 to December 12, 2009, outweigh the best interest
6  of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7      The parties again appeared before the Honorable Vaughn R. Walker on November 12,
8  2009. On the motion of the parties, the Court found and held as follows:

9      3. An exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November
10 12, 2009 to December 17, 2009, in light of the need for effective preparation of the case by newly
11 retained counsel. Failure to grant the requested continuance would unreasonably deny defense
12 counsel reasonable time necessary for effective preparation, taking into account the exercise of
13 due diligence and the need for counsel to conduct further investigation.

14     4. Given these circumstances, the Court found that the ends of justice served by
15 excluding the period from November 12, 2009 to December 17, 2009, outweigh the best interest
16 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0937 VRW                                    2

5. Accordingly, and with the consent of the defendant, the Court ordered that the periods from November 5, 2009 to December 17, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED: December 3, 2009

/s/
KATHRYN R. HAUN
Assistant U.S. Attorney

/s/
CLAIRE MARGARET LEARY
Counsel for Defendant

IT IS SO ORDERED.

DATED: 12/9/2009



IT IS SO ORDERED
Judge Vaughn R Walker

[PROPOSED] ORDER EXCLUDING TIME
CR 09-0937 VRW                                  3