Claire M. Leary
912 Cole Street, Suite 347
San Francisco, CA 94117
Telephone: (415) 225-4640
Fax:  (510) 351-1636
Counsel for
Antonio Navarro Chavez

# In the United States District Court

# For the Northern District of California

| United States of America, | CR 09-937 VRW |
|---|---|
| Plaintiff, | CR 04-206 VRW |
| vs. | Stipulation and Proposed Order Continuing Sentencing |
| Antonio Navarro-Chavez, | (currently set for May 27, 2010) |
|  | Request to Continue to: June 10, 2010 |
| Defendant. | Time:     2:00 |

The undersigned hereby stipulate to move the sentencing in the above-entitled matters to June 10, 2010, at 2:00.  The matter is currently set for May 27, 2010.

The Probation Officer has been informed of this proposed change and is not opposed to it.

It is so stipulated.

May 13, 2010                                         ___/s/_____
                                                     CLAIRE M. LEARY
                                                     Counsel for Defendant Navarro-Chavez


May 13, 2010                                         ____/s/_____
                                                     Kathryn Haun
                                                     Assistant United States Attorney


O R D E R

IT IS SO ORDERED.  The sentencing in CR 09-937 VRW, and in CR 04-206 VRW, is hereby continued to June 10, 2010 at 2:00.

Dated:  May 18, 2010

                                                     _____
                                                     WALKER
                                                     Chief United States District Judge